ADAM S. PIETRANCZYK, as Administrator, etc., of EDWARD S. PIETRANCZYK, Deceased, Respondent, v. PAUL S. SULLIVAN, by PAUL R. SULLIVAN, His Guardian ad Litem, and MARY B. JONES, Appellants. EDWARD R. SANDERS, Respondent, v. PAUL S. SULLIVAN, by PAUL R. SULLIVAN, His Guardian ad Litem, and MARY B. JONES, Appellants.— Order, so far as appealed from, reversed on the law, with ten dollars costs and disbursements, and motion for change of venue granted without costs. (See Scusa v. Hoefler, 258 App. Div. 1036.) All concur. (The portion of the order appealed from denies a motion for change of venue in an

automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.